IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEVERLY KIRKPATRICK MCGOWAN And MARK MCGOWAN, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Case No. 3:15-CV-3155-M (BT) |
| DITECH FINANCIAL, LLC, | | |
| Defendant. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 24, 2018. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**SO ORDERED** this 11th day of September, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE